AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Martin Villano, Victor Morales, Marcos Diego Tapia, and Jorge Luis Garcia, on behalf of themselves and others similarly sitauted

*Plaintiff(s)*

v.

Broadway Viva, Inc. d/b/a Cafe Viva Gourmet Pizza, Viva Natural Pizza Inc. d/b/a Viva Cucina, Anthony Iracani, Justin Iracani, and Lenny Iracani

*Defendant(s)*

Civil Action No. 22—CV—9417

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Broadway Viva, Inc. c/o NY Secretary of State, One Commerce Plaza, 99 Washington Avenue, 6th Floor, Albany, NY 12231;
Viva Natural Pizza Inc. c/o NY Secretary of State, One Commerce Plaza, 99 Washington Avenue, 6th Floor, Albany, NY 12231;
Anthony Iracani, 85 Second Avenue, NY, NY 10003;
Justin Iracani, 85 Second Avenue, NY, NY 10003;
Lenny Iracani, 85 Second Avenue, NY, NY 10003.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/4/2022

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

