UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN VILLANO, et al.,<br><br>                       Plaintiff(s),<br><br>-against-<br><br>BROADWAY VIVA INC., et al.,<br><br>                       Defendant(s). | 22-cv-9417 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       On August 11, 2023, this Court issued a Notice of Reassignment ordering a joint letter updating the Court on the status of this case. Dkt 28. The parties never submitted that letter. The parties are currently scheduled to appear before the Court for a status conference on November 16. By **November 14, 2023, at 5:00 p.m.**, the parties shall submit a letter that includes (1) the information requested in the August 11 Order, (2) whether the conference is still needed, (3) a summary-judgment briefing schedule, and (4) whether the parties would still like a referral to a magistrate judge for settlement.

       SO ORDERED.

Dated: November 13, 2023
       New York, New York

                                                                                  ARUN SUBRAMANIAN
                                                                                 United States District Judge