# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

November 14, 2023

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Villano, et al. v. Broadway Viva, Inc., et al.*
     <u>Case No. 22-CV-9417 (AS) (TAM)</u>

Dear Judge Subramanian,

 We are counsel to the plaintiffs in the above-referenced matter. A status conference is scheduled before Your Honor on November 16, 2023, at 1:00 p.m. However, due to a scheduling conflict, please accept this letter as plaintiffs' request for an adjournment. The parties have conferred, and are available to appear on December 6, 7, 12, 13, or as soon thereafter that is convenient for the Court.

 No prior request for similar relief has been made, and no other dates would be affected.

 We thank the Court for considering this application.

              Respectfully submitted,

              <u>/s/ *Justin Cilenti*   </u>
              Justin Cilenti

---

The November 16 conference is rescheduled for Deember 6, 2023, at 2:00 p.m. By November 17, 2023, at 5:00 p.m., the parties shall submit a proposed summary-judgment briefing schedule or advise the Court that neither side anticipates filing a motion for summary judgment.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
November 14, 2023