UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN VILLANO, et al.,<br><br>                    Plaintiffs,<br><br>        -against-<br><br>BROADWAY VIVA, INC., et al.,<br><br>                    Defendants. | 22-cv-9417 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On November 21, 2023, the Court ordered the parties to provide available trial dates in the first three months of 2024. That submission is due by **December 7, 2023, at 5:00 p.m.**

SO ORDERED.

Dated: December 4, 2023
        New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge