# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
\_\_\_\_\_
Telephone (212) 209-3933
Facsimile (212) 209-7102

January 11, 2024

**BY ECF**

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Villano, et al. v. Broadway Viva, Inc., et al.
             Case No. 22-CV-9417 (AS) (SN)

Dear Judge Subramanian,

    We are counsel to the plaintiffs in the above-referenced matter. Pursuant to the Court's Order, the parties are to submit resolution documents by tomorrow. Please accept this letter as the parties' joint request for a two-week extension to submit documents necessary to dismiss the action.

    No prior request for similar relief has been made, and no other dates would be affected. We thank the Court for considering this application.

Respectfully submitted,

SO ORDERED.

/s/ *Justin Cilenti*
Justin Cilenti

Arun Subrmanian, U.S.D.J.
Date: January 11, 2024

cc: Adam C. Weiss, Esq. (by ECF)