UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN VILLANO, VICTOR MORALES,
MARCOS DIEGO TAPIA, JORGE LUIS GARCIA,
JUAN FALCON GARCIA, and CHANTEL DE WEE,
On behalf of themselves and others similarly situated,

                  Plaintiffs,

-against-

BROADWAY VIVA, INC. d/b/a CAFÉ VIVA
GOURMET PIZZA, VIVA NATURAL PIZZA INC.
d/b/a VIVA CUCINA, ANTHONY IRACANI,
JUSTIN IRACANI, and LENNY IRACANI,

                  Defendants.

Case No.: 22 Civ. 9417
(AS) (SN)

---

## RULE 68 JUDGMENT

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Broadway Viva, Inc. and Anthony Iracani, (collectively, "Defendants"), having offered to allow Plaintiffs Martin Villano, Victor Morales, Marcos Diego Tapia, Jorge Luis Garcia, Juan Falcon Garcia, and Chantel De Wee ("Plaintiffs") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 15, 2023, and filed as Exhibit "A" to Docket Number 44;

**WHEREAS**, on January 30, 2024, Plaintiffs' attorneys having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Docket 44);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiffs in the amount of Five Hundred Thousand Dollars ($500,000.00), and the clerk is directed to close the case.  All conferences are canceled.

Dated: New York, New York
       January 31, 2024

                                              Arun Subramanian, U.S.D.J.